IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01685-CMA-MJW

KEVIN KING,

Plaintiff(s),

v.

ROZEK COMPANY, an Iowa corporation, d/b/a "Microtek",

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion for Protective Order to Restrict Access (docket no. 24) is GRANTED finding good cause shown.  The written Protective Order to Restrict Access [Level 1] (docket no. 24-1) is APPROVED as amended in paragraph 12 and made an Order of Court.

Date:  February 22, 2012