IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01685-CMA-MJW

KEVIN KING,

    Plaintiff

v.

ROZEK COMPANY, an Iowa corporation, dba "Microtek,"

    Defendant.

---

**ORDER GRANTING JOINT MOTION TO WITHDRAW DEFENDANT'S MOTION FOR PROTECTIVE ORDER** *(Docket No. 31)*

---

THIS MATTER comes before the Court on the parties' Joint Motion to Withdraw Defendant's Motion for Protective Order ("Motion"). Having reviewed the Motion and being fully advised that the parties have resolved the underlying issue, the Court hereby GRANTS the Motion.

IT IS ORDERED that Defendant's Motion for Protective Order to Quash the Subpoena for Deposition of Jason Race and for Award of Costs and Fees [Doc. No. 29], filed April 12, 2012, is withdrawn.

Dated this 4th day of May, 2012.

BY THE COURT:

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO