# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**   11-cv-01685-CMA-MJW            FTR - Courtroom A-502

**Date:**   July 12, 2012                             Courtroom Deputy, Ellen E. Miller

*Parties*                                             *Counsel*

KEVIN KING,                                           Whitney C. Traylor

    Plaintiff(s),

v.

ROZEK COMPANY,                                        Ralph G. Torres
an Iowa corporation, d/b/a "Microtek",

    Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   MOTION HEARING
**Court in Session:**   1:29 p.m.
Court calls case. Appearances of counsel. Also present at plaintiff table are Brice Kindred and Robert Kelso. Also present at defense table are Scott Adams, Matthew Cheers, and legal assistant Deborah Elnore.

The Court raises Plaintiff's Motion to Compel [Docket No. 36] for argument.
The Court raises Plaintiff's Motion for Leave to Endorse an Expert Witness [Docket No. 46] for argument.

Arguments by Mr. Traylor and Mr. Torres.

**It is ORDERED:**   Plaintiff's  MOTION TO COMPEL [Docket No. **36**, filed May 08, 2012] is **TAKEN  UNDER  ADVISEMENT.**  The court will issue its written Order.

**It is ORDERED:**   Plaintiff's MOTION FOR LEAVE TO ENDORSE AN EXPERT WITNESS [Docket No. **46**, filed July 01, 2012] is **TAKEN  UNDER  ADVISEMENT.** The court will issue its written Order.

Hearing concluded.
**Court in recess:**  1:57 p.m.        Total In-Court Time 00:28

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or   Toll Free   1-800-962-3345.