IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01685-CMA-MJW

KEVIN KING,

Plaintiff,

v.

ROZEK COMPANY, an Iowa corporation, d/b/a "Microtek",

Defendant.

ORDER RESTRICTING ACCESS AT LEVEL 3 REGARDING MIRROR IMAGE HARD DRIVES OF SCOTT ADAMS' COMPUTER

Entered by Magistrate Judge Michael J. Watanabe

      Per the court's July 13, 2012 order (Docket No. 51), Robert Kelso delivered two hard drives to the court as of September 5, 2012.  The two hard drives are marked with Mr. Kelso's case number, "FP-12-107."  Further, one hard drive is marked as "pristine" and the other marked as "working."

      It is hereby ORDERED that the two hard drives be placed in restricted access Level 3 pursuant to D.C.COLO.LCivR 7.2.

Date: September 5, 2012