**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.**  11-cv-01685-RM-MJW           FTR - Courtroom A-502

**Date:**  March 11, 2014                         Courtroom Deputy, Ellen E. Miller

<u>*Parties*</u>                                  <u>*Counsel*</u>

KEVIN KING,                                       Craig T. Truitt

    Plaintiff(s),

v.

ROZEK COMPANY,                                    Ralph G. Torres

    Defendant(s).

---

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING**:   **TELEPHONIC MOTION HEARING**
**Court in Session:**   8:57  a.m.
Court calls case.  Appearances of counsel.

The Court raises Plaintiff's Motion to Quash Defendant's Second Subpoena *Duces Tecum* for Documents for oral argument.

Argument by both sides is heard.

Findings by the Court.


**It is ORDERED:**   Plaintiff's MOTION TO QUASH DEFENDANT'S SECOND SUBPOENA *DUCES TECUM* FOR DOCUMENTS [Docket No. **105**, filed March 06, 2014]   is **GRANTED** for reasons as set forth on the record.
The Second Subpoena *Duces Tecum* for Documents is quashed.

Hearing concluded.
**Court in recess:**   9:12 a.m.
Total In-Court Time 00:15

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or    Toll Free   1-800-962-3345.