IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE RAYMOND P. MOORE**

Civil Action No. 11-cv-01685-RM-MJW

KEVIN KING,

    Plaintiff,

v.

ROZEK COMPANY, an Iowa corporation dba "Microtek,"

    Defendant.

---

### STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

    It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

    DATED at Denver, Colorado this 24th day of March, 2014.

BY THE COURT:

s/Raymond P. Moore
Raymond P. Moore, U.S. District Judge

_____
Counsel for Plaintiff

_____
Counsel for Defendant