**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01685-RM-MJW

KEVIN KING,

    Plaintiff,

v.

ROZEK COMPANY, an Iowa corporation dba "Microtek,"

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    This action was tried before a jury of eight duly sworn to try the issues herein with U.S. District Judge Raymond P. Moore presiding, and the jury has rendered a verdict. Accordingly, it is

    ORDERED that pursuant to the jury's verdict, Final Judgment is hereby entered in favor of Defendant Rozek Company and against Plaintiff Kevin King. It is

    FURTHER ORDERED that Defendant Rozek Company is awarded its costs, pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1, upon the filing of a bill of costs within 14 days of entry of judgment.

Dated at Denver, Colorado this 1st day of April, 2014.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                    By: s/   Nicholas Richards
                              Nicholas Richards
                              Deputy Clerk